# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2020

161433 & (26)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BRENDA STUMBO and LARRY DOE,
      Plaintiffs-Appellants,

v

KAREN LOVEJOY ROE,
      Defendant,
and

HEATHER JARRELL ROE,
      Defendant-Appellee.
_____/

SC: 161433
COA: 353695
Washtenaw CC: 20-000443-CZ

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 5, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2020



b0611

Clerk